# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLOS T. CLEMMONS

NO. 2021 KW 1013

**NOVEMBER 5, 2021**

---

In Re:   Carlos T. Clemmons, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1201002.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT